458 A.2d 287

Interstate etc. v. A.F.A. Protective etc.

Appeal of Protective Systems.

Submitted June 21, 1982.   Gary

636

Francis DiVito, for appellant; John A. Shrader, for appellees.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.